## MORGAN v. THE STATE.

EVANS, P. J. 1. The court did not abuse his discretion in refusing to continue the case.

2. The evidence authorized a charge on self-defense in case of mutual combat, predicated on the Penal Code (1910), § 73.

3. The court did not confuse the defense of one's person, as defined in the Penal Code (1910), §§ 70, 71, with the law of self-defense in case of mutual combat, as contained in the Penal Code (1910), § 73.

4. The evidence is sufficient to support the verdict.

> *Judgment affirmed. Beck, J., absent. The other Justices concur.*
> OCTOBER 11, 1911.

Indictment for murder. Before Judge Martin. Laurens superior court. April 12, 1911.

*Adams & Flynt* and *John R. Cooper,* for plaintiff in error.

*H. A. Hall, attorney-general,* and *E. D. Graham, solicitor-general,* contra.

---

## JONES v. THE STATE.

LUMPKIN, J. 1. While the charge of the court may have been to some extent subject to criticism, especially the instructions in regard to dying declarations, under the evidence and in the light of the general charge there was nothing in the grounds of the motion for a new trial complaining of excerpts from it which required a new trial.

2. Under the evidence, although a witness for the State had testified on cross-examination that she did not say, in a certain conversation, that the deceased was to blame for the whole trouble and that he began it, it will not require a new trial that the presiding judge, on objection by the solicitor-general, excluded testimony that such witness had said that the deceased was in fault, and there would have been "none of it" had it not been for him.

3. The ground of the motion for a new trial setting up newly discovered evidence was not such as to require a new trial.

4. The evidence supported the verdict.

> *Judgment affirmed. Beck, J., absent. The other Justices concur.*
> OCTOBER 11, 1911.

Indictment for murder. Before Judge Morris. Milton superior court. May 13, 1911.

*G. B. Walker* and *Mozley & Morris,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *J. P. Brooke, solicitor-general,* contra.